■ In the Matter of SHELDON N. MESSER, Petitioner, v DONALD SELSKY, as Director of Special Housing for the Department of Correctional Services, Respondent. [742 NYS2d 923] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Correctional Services which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding to challenge a prison disciplinary determination finding him guilty of violating the prison disciplinary rules that prohibit violent conduct, harassment, threatening staff members, forgery, impersonation and violation of facility correspondence regulations. The determination was administratively reversed on March 28, 2002 and all references thereto have been expunged from petitioner's institutional records. Inasmuch as petitioner has received all the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (see, Matter of Curtis v Goord, 274 AD2d 808; Matter of Maldonado v Miller, 259 AD2d 912).

Cardona, P.J., Crew III, Spain, Carpinello and Rose, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.